# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA STROUD,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No.  8:21-cv-01111-JLS-JDE<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 23)** |

Plaintiff, JOSHUA STROUD and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., having filed a Stipulation for Dismissal with Prejudice (Doc. 23) and the Court having reviewed the same, IT IS HEREBY ORDERED:

The Stipulation is approved.  The action against EXPERIAN INFORMATION SOLUTIONS, INC. is hereby dismissed with prejudice.  Each party shall bear its own costs and attorney fees.

DATED:  <u>November 12, 2021</u>

                                                    _____
                                                   HON. JOSEPHINE L. STATON
                                                   UNITED STATES DISTRICT JUDGE